UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ALAN W. JENKINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:24-cv-00591-JPH-TAB |
| | ) |
| CENTURION HEALTH, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER DENYING MOTION TO IDENTIFY ADDITIONAL CLAIMS, GRANTING MOTION TO CORRECT DEFENDANTS' NAME, AND DIRECTING FURTHER PROCEEDINGS**

Plaintiff Alan Jenkins, who is incarcerated at Pendleton Correctional Facility, alleges in this lawsuit that he was denied necessary medical treatment for his eye. Dkt. 2. The Court screened Mr. Jenkins's complaint as required by 28 U.S.C. 1915A and served it on the defendants. Dkt. 10. Mr. Jenkins has since filed several motions regarding his claims.

First, in his motion to identify additional claims in which he contends that, in its screening order, the Court failed to recognize his claims against defendant Centurion Health Nurse. That motion, dkt. [15], is **DENIED** because "it is pointless to include [an] anonymous defendant [ ] in federal court; this type of placeholder does not open the door to relation back under Fed.R.Civ.P. 15, nor can it otherwise help the plaintiff." *Wudtke v. Davel*, 128 F.3d 1057, 1060 (7th Cir. 1997) (internal citations omitted). If, through discovery, Mr. Jenkins learns the name of the unknown defendant, he may seek leave to add a claim against them.

1

Next, Mr. Jenkins's motion to correct defendant's name, dkt. [9], is **GRANTED**. All claims identified against defendant Nisha Kheradiya shall proceed against Elizabeth Groves. The **clerk shall terminate** Nisha Kheradiya as a defendant and add Elizabeth Groves. The clerk is directed pursuant to Fed. R. Civ. P. 4(c)(3) to issue process to defendant Groves in the manner specified by Rule 4(d). Process shall consist of the complaint, dkt. [2], applicable forms (Notice of Lawsuit and Request for Wavier of Service of Summons and Waiver of Service of Summons), the screening Order, dkt. [10], and this Order. Given this ruling, the motion for summary judgment, dkt. [41], and motion to withdraw motion for summary judgment, dkt. [45], are **denied as moot**.

Mr. Jenkins's motions requesting status, dkt. [38], dkt. [47], are **GRANTED** consistent with this ruling.

**SO ORDERED.**

Date: 12/2/2024

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

ALAN W. JENKINS
870097
PENDLETON - CF
PENDLETON CORRECTIONAL FACILITY
Electronic Service Participant – Court Only

All Electronically Registered Counsel

Dr. Elizabeth Groves
Ascension Medical Group St. Vincent – Anderson Eye Care
1931 Brown St.
Anderson, IN 46016