UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ALAN W. JENKINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:24-cv-00591-JPH-TAB |
| | ) |
| CENTURION HEALTH, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER DENYING MOTION FOR DEFAULT JUDGMENT**

Plaintiff Alan Jenkins seeks default judgment against defendant Stephen Hill. A default judgment can only be entered after a clerk's default is entered, which, in turn, can only be entered when a defendant has "failed to plead or otherwise defend." Fed. R. Civ. P. 55. A party has no obligation to respond to a complaint until it has been served with a summons and complaint or waived such service of process. Fed. R. Civ. P. 12(a)(1)(A). Because Defendant Hill has only recently waived service, the motion for default judgment, dkt. [61], is **denied**.

**SO ORDERED.**

Date: 4/17/2025

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

ALAN W. JENKINS
870097
PENDLETON - CF
PENDLETON CORRECTIONAL FACILITY
Electronic Service Participant – Court Only

All Electronically Registered Counsel

1